AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolfson, Freda L. | District of New Jersey | 08/01/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge Nominee | 5. Report Type (check type) X Nomination, Date 08/01/2002 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/2001 to 08/01/2002 |
|---|---|---|

| 7. Chambers or Office Address United States Courthouse 402 E. State Street Trenton, NJ 08605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date ___ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only: see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X NONE (No reportable positions.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## L NON-INVESTMENT INCOME (Reporting individual and spouse: see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| ___ NONE (No reportable non-investment income.) | | | |
| | 2001-01/25/02: State of New Jersey Superior Court Judge - Salary | | |
| | 01/28/02-present: State of New Jersey - Assistant Attorney General - Salary | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-28 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V.  GIFTS

(Includes those to spouse and dependent children.  See pp. 29-32 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI.  LIABILITIES

Includes those of spouse and dependent children.  See pp 33-35 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | AT&T Universal Card | Credit Card | K |
| 2 | American Express | Credit Card | K |
| 3 | Citi Card | Credit Card | J |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | Exempt | | | | |
| 1 Dreyfus Tax Exempt Money Market Fund | | None | J | T | " | | | | |
| 2 FICO (Zero Coupon Bond) | | None | J | T | " | | | | |
| 3 FICO (Zero Coupon Bond) | | None | J | T | " | | | | |
| 4 Hamilton, NJ Cop RO | | None | J | T | " | | | | |
| 5 N.Y. State Dorm. Auth. Spec. Oblig. Bonds RO | | None | | | " | | | | |
| 6 New Jersey Garden State Savings Bond (Bldg. Auth.) | | None | | | " | | | | |
| 7 New Jersey Garden State Savings Bond (Bldg. Auth.) | | None | J | T | " | | | | |
| 8 New Jersey Garden State Savings Bond (Bldg. Auth.) | | None | J | T | " | | | | |
| 9 New Jersey Garden State Savings Bond (Bldg. Auth.) | | None | J | T | " | | | | |
| 10 New Jersey Garden State Savings Bond (Bldg. Auth.) | | None | J | T | " | | | | |
| 11 Hovnanian Enterprises, Inc. | | None | J | T | " | | | | |
| 12 U.S. Savings Bonds | | None | J | T | " | | | | |
| 13 U.S. Savings Bonds | | None | J | T | " | | | | |
| 14 Fleet Bank | A | Interest | J | T | " | | | | |
| 15 Converse Common Stock | | None | J | T | " | | | | |
| 16 IRA-See below investments 17-27, 32-35 | | | | | " | | | | |
| 17 Scudder Growth & Income | | None | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2  INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Dreyfus Appreciation | A | Dividend | J | T | " | | | | |
| 19  Gabelli Growth | A | Dividend | J | T | " | | | | |
| 20  Neuberger Berman Genesis | A | Dividend | J | T | " | | | | |
| 21  Royce Micro-Cap | A | Dividend | J | T | " | | | | |
| 22  Baron Asset | A | Dividend | J | T | " | | | | |
| 23  Wasatch Growth | A | Dividend | J | T | " | | | | |
| 24  Brinson Global Ex-US | A | Dividend | | | " | | | | |
| 25  Lazard Intl Equity | | None | J | T | " | | | | |
| 26  JP Morgan Em Mkts Equity | A | Interest | J | T | " | | | | |
| 27  SB Money Funds - Govt | | None | | | " | | | | |
| 28  Smith Barney Prem Securities Class C Mutual Funds | | None | J | T | " | | | | |
| 29  Metro Football Stadium Dist. Co. | A | Interest | J | T | " | | | | |
| 30  Alliance Premiere Growth Fund CLC | | None | J | T | " | | | | |
| 31  Arlington Tax-exempt & Independent School District | A | Interest | J | T | " | | | | |
| 32  R S Value & Growth Fund | A | Interest | J | T | " | | | | |
| 33  Lord Abbet Affil. Fund | A | Dividend | J | T | " | | | | |
| 34  Tom Galileo Select Equities | | None | J | T | " | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions  (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 UBS International Equity Fund | | None | J | T | " | | | | |
| 36 California Commerce Bank Certificate of Deposit | | None | | | " | | | | |
| 37 N.J. Garden State Savings Bond (Bldg. Auth.) | | None | J | T | " | | | | |
| 38 FICO (Zero Coupon Bond) | | None | J | T | " | | | | |
| 39 FICO (Zero Coupon Bond) | | None | | | " | | | | |
| 40 Smith Barney Bank Deposit Program - Citibank | A | Interest | J | T | " | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Wolfson, Freda L. | Date of Report<br>08/01/2002 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _8/5/02_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 8,000 | Notes payable to banks-secured | 0 |
| U.S. Government securities-add schedule | 12,000 | Notes payable to banks-unsecured | 0 |
| Listed securities-add schedule | 133,000 | Notes payable to relatives | 0 |
| Unlisted securities--add schedule | 0 | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | Accounts and bills due | 80,000 |
| Due from relatives and friends | 0 | Unpaid income tax | 0 |
| Due from others | 0 | Other unpaid income and interest | 0 |
| Doubtful | 0 | Real estate mortgages payable-add schedule (mortgage and home equity loan) | 157,984 |
| Real estate owned-add schedule (personal residence) | 400,000 | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | 0 | Other debts-itemize: | |
| Autos and other personal property (clothes, furniture and computers) | 100,000 | Thrift Savings Plan Loan | 20,019 |
| Cash value-life insurance | 3,000 | Car leases (2) | 758/mo. |
| Other assets itemize: | | | |
| Jewelry | 60,000 | | |
| Art | 5,000 | | |
| Wine | 10,000 | Total liabilities | 258,761 |
| Thrift Savings Plan | 264,469 | Net Worth | 736,708 |
| Total Assets | 995,469 | Total liabilities and net worth | 995,469 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | 0 | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | 0 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0 | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0 | | |
| Other special debt | 0 | | |